# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON MCMANUS HOLTZMAN, as Trustee of the Elizabeth McManus Holtzman Irrevocable Trust, et al | : : : : | CIVIL ACTION |
| | : | 22-cv-0122-JMY |
| v. | : : : | |
| PHILADELPHIA MUSEUM OF ART | : : | |

## ORDER

**AND NOW**, on this 7th day of July, 2022, upon consideration of Plaintiffs' Motion to Remand (ECF Nos. 10, 11), and the responsive pleadings filed thereto, it is hereby **ORDERED** that Plaintiffs' motion is **DENIED**. An order scheduling an initial conference with the Court will be issued shortly.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
_____
**Judge John Milton Younge**