**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **JASON MCMANUS HOLTZMAN, JACKIE MCMANUS HOLTZMAN, and MADALENA MCMANUS HOLTZMAN,** as Trustees of The Elizabeth McManus Holtzman Irrevocable Trust, <br><br> **Plaintiffs,** <br><br> v. <br><br><br> **PHILADELPHIA MUSEUM OF ART,** <br><br> **Defendant.** | Civil Action No.  22-cv-00122-JMY |

**STIPULATION TO EXTEND DEADLINES**

Plaintiffs Jason McManus Holtzman, Jackie McManus Holtzman, and Madalena McManus Holtzman, as Trustees of the Elizabeth McManus Holtzman Irrevocable Trust, by their attorneys, and Defendant Philadelphia Museum of Art, by its attorneys, jointly request that the Court extend the expert discovery, summary judgment and *Daubert* briefing, and other deadlines set forth in the Stipulation to Extend Deadlines, which the Court so-ordered on February 4, 2026 (ECF No. 197), to the dates set forth below.

The parties began negotiating a schedule for expert depositions in late January 2026, one month before the February 27, 2026 deadline to exchange expert rebuttal reports. For three months, the parties negotiated in good faith to schedule eight (8) expert depositions, which required the coordination of the schedules of experts located across the United States and overseas, as well as counsel located in New York City, Philadelphia, and Washington, D.C. In addition, plaintiffs' counsel is working around newly revised deadlines in other pending matters,

including a trial currently scheduled to begin on May 7, 2026 and conclude on May 22, 2026. The parties have been unsuccessful in scheduling all eight expert depositions prior to the current May 18, 2026 deadline for the close of expert discovery. As such, the parties have conferred and propose the following deadlines for the remainder of expert discovery, briefing, and trial:

1. All expert discovery, including all depositions of expert witnesses, shall be completed by Friday, July 24, 2026.

2. All motions for summary judgment and *Daubert* motions shall be filed no later than Friday, August 28, 2026. Responses to such motions shall be filed by no later than Wednesday, September 30, 2026. Replies to such motions shall be filed by no later than Friday, October 23, 2026.

3. A final pre-trial conference shall be held on Monday, November 30, 2026 at 11:00 a.m. Counsel shall appear by remote video and will be notified by Chambers via email with instructions on how to participate by video. No later than seven (7) days before the Final Pretrial Conference, the parties shall file their Pretrial Memoranda in accordance with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures. A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly proposed *voir dire* and jury instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial Conference.

The parties reserve all rights to seek the modification, or additional extension, of the deadlines set forth herein.

Respectfully submitted,

Dated:  April 28, 2026


/s/ Joe H. Tucker, Jr.

Joe H. Tucker, Jr.
Jessica A. Rickabaugh
**Tucker Law Group, LLC**
Ten Penn Center, Suite 2500
1801 Market Street
Philadelphia, PA  19103
(215) 875-0609 (telephone)
(215) 559-6209 (fax)
jtucker@tlgattorneys.com (email)
jrickabaugh@tlgattorneys.com (email)


*Of Counsel:*

Lawrence M. Kaye, Esq.
Yaél M. Weitz, Esq.
Kate W. Aufses
**Freedman Normand Friedland LLP**
10 Grand Central
155 E. 44th Street, Suite 915
New York, NY 10017
(646) 494-2900

Attorneys for Plaintiffs,
Jason McManus Holtzman,
Jackie McManus Holtzman, and
Madalena McManus Holtzman, as
Trustees of The Elizabeth McManus
Holtzman Irrevocable Trust

/s/ Steven Maniloff

Steven Maniloff
**Montgomery, McCracken,**
**Walker & Rhoads, LLP**
1735 Market Street, 20th Floor
Philadelphia, PA  19103
(215) 772-7512 (telephone)
(215) 731-3865 (fax)
smaniloff@mmwr.com (email)


*Of Counsel:*

Reid M. Figel
Derek Reinbold
Annamaria M. Morales-Kimball
Daren G. Zhang
Nataliia Gillespie
Jonathan I. Liebman
Sean P. Quirk
**Kellogg, Hansen, Todd,**
**Figel & Frederick, P.L.L.C.**
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
(202) 326-7900

Attorneys for Defendant,
Philadelphia Museum of Art


APPPROVED BY THE COURT:


_____
John Milton Younge, U.S.D.J.


-3-

## <u>CERTIFICATE OF SERVICE</u>

I, Jessica A. Rickabaugh, Esquire, hereby certify that on this date, I caused a copy of the

foregoing document to be filed electronically through the Court's ECF System and thereby served

upon all counsel of record.


**TUCKER LAW GROUP, LLC**

Dated: April 28, 2026                     /s/ Jessica A. Rickabaugh
                                          Jessica A. Rickabaugh, Esquire