**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JASON MCMANUS HOLTZMAN, et al., | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION |
| PHILADELPHIA MUSEUM OF ART, | : | NO. 22-122 |
| Defendant. | : | |

**AMENDED SCHEDULING ORDER**

**AND NOW**, this 5th day of May, 2026, it is hereby **ORDERED** that the final pre-trial conference date, which was scheduled by stipulation and approved by the Court at ECF No. 208, is amended as follows:

1. A final pre-trial conference shall be held on **Tuesday, December 1, 2026 at 11:00 a.m.** Counsel shall appear by remote video and will be notified by Chambers via email with instructions on how to participate by video. No later than seven (7) days before the Final Pretrial Conference, the parties shall file their Pretrial Memoranda in accordance with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures. A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly proposed *voir dire* and jury instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial Conference.

2. All other deadlines set in the stipulation approved by the Court at ECF No. 208 shall remain the same.

**IT IS SO ORDERED**.

**BY THE COURT:**

*/s/ John Milton Younge*
**Judge John Milton Younge**