**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**JASON MCMANUS HOLTZMAN, JACKIE MCMANUS HOLTZMAN, and MADALENA MCMANUS HOLTZMAN,**
as Trustees of The Elizabeth McManus Holtzman Irrevocable Trust,

**Plaintiffs,**

v.

**PHILADELPHIA MUSEUM OF ART,**

**Defendant.**

Civil Action No. 22-cv-00122-JMY

**STIPULATION TO EXTEND DEADLINES**

Plaintiffs Jason McManus Holtzman, Jackie McManus Holtzman, and Madalena McManus Holtzman, as Trustees of the Elizabeth McManus Holtzman Irrevocable Trust, by their attorneys, and Defendant Philadelphia Museum of Art, by its attorneys, jointly request that the Court extend the July 24, 2026 expert discovery deadline set forth in the Stipulation to Extend Deadlines, which the Court so-ordered on May 4, 2026 (ECF No. 208).

As of the date of this filing, six of the parties' eight expert depositions have taken place. One of the remaining expert witness depositions (Defendant's valuation expert, Victor Wiener) was rescheduled because of a conflict and the second (of Plaintiffs' valuation expert, Jeremiah Evarts) was postponed due to a dispute between the parties regarding the exchange of certain information included in Mr. Evarts's expert report. That information is expected to be the subject of testimony of one or both valuation experts (*i.e.*, Mr. Evarts and Mr. Wiener). The parties are currently in the process of resolving this dispute. Due, however, to the pending resolution of the

dispute, as well as preexisting commitments and conflicts for both parties' counsel and witnesses, the parties will not be able to schedule Mr. Evarts's or Mr. Wiener's deposition before the current expert discovery deadline of July 24, 2026.

As such, the parties have conferred and propose the following:

1. The parties will work in good faith to schedule Mr. Evarts's and Mr. Wiener's depositions to take place as soon as practicable.
2. Within 10 days of scheduling Mr. Evarts's and Mr. Wiener's depositions, the parties will confer and jointly propose a revised schedule to the Court.

The parties reserve all rights to seek the modification, or additional extension, of the deadlines set forth herein.

Respectfully submitted,

Dated: July 14, 2026

/s/ Joe H. Tucker, Jr.
Joe H. Tucker, Jr.
Jessica A. Rickabaugh
**Tucker Law Group, LLC**
Ten Penn Center, Suite 2500
1801 Market Street
Philadelphia, PA 19103
(215) 875-0609 (telephone)
(215) 559-6209 (fax)
jtucker@tlgattorneys.com (email)
jrickabaugh@tlgattorneys.com (email)

*Of Counsel:*

Lawrence M. Kaye
Yaél M. Weitz
Kate W. Aufses
**Freedman Normand Friedland LLP**
10 Grand Central
155 E. 44th Street, Suite 915
New York, NY 10017
(646) 494-2900

Attorneys for Plaintiffs,
Jason McManus Holtzman,
Jackie McManus Holtzman, and
Madalena McManus Holtzman, as
Trustees of The Elizabeth McManus
Holtzman Irrevocable Trust

/s/ Steven Maniloff
Steven Maniloff
**Montgomery, McCracken,**
**Walker & Rhoads, LLP**
1735 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 772-7512 (telephone)
(215) 731-3865 (fax)
smaniloff@mmwr.com (email)

*Of Counsel:*

Reid M. Figel
Derek Reinbold
Nataliia Gillespie
Jonathan I. Liebman
Sean P. Quirk
**Kellogg, Hansen, Todd,**
**Figel & Frederick, P.L.L.C.**
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

Attorneys for Defendant,
Philadelphia Museum of Art

APPPROVED BY THE COURT:

____________________________
John Milton Younge, U.S.D.J.